IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:06-cr-029 |
| Plaintiff, ) | |
| ) | **O R D E R** |
| -vs- ) | |
| ) | |
| DANNY RAY HOVERSON, ) | |
| ) | |
| Defendant. ) | |

Based on the foregoing Stipulation for Settlement and the Court having determined that:

1.  In the Forfeiture Allegations of the Indictment in this case, the United States sought forfeiture of the following property pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982:

   1. A blue 1955 Chevrolet ½ ton short box pickup, VIN 0335503F55DC;
   2. A red 1962 Chevrolet truck, VIN 2C1404603728A;
   3. A red 1967 Chevrolet Camaro, VIN 123377L156558;
   4. A maroon 1967 Chevrolet Malibu, VIN 136177116679;
   5. A black 1968 Chevrolet Camaro SS, VIN 124378N323559;
   6. A yellow 1968 Chevrolet Camaro, VIN 124378N413315;
   7. A blue 1969 Chevrolet Camaro SS, VIN 124379N604485;
   8. A black 1970 Chevrolet Camaro, VIN 124870L523155;
   9. A black 1972 Chevrolet El Camino, VIN 1D80H2L509164;
   10. A white 1995 Chevrolet C/K1500 pickup, VIN 1GCEK19K2SE227254;
   11. A black 1996 Mitsubishi 3000 GT VR4, VIN JA3AN74K9TY002652;
   12. A white 1998 Chevrolet Camaro, VIN 2G1FP22G4W2142069;
   13. A silver 1999 Chevrolet Suburban, VIN 1GNFK16R4XJ477610;
   14. A red 1980 Chevrolet Corvette Race Car, VIN unknown; and
   15. A black 1978 Chevrolet Corvette Race Car, VIN 1Z87L8S413961.

2.     On October 26, 2006, the defendant, Danny Ray Hoverson, pled guilty to Counts One and Two of the Indictment in this case -- conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846; and money laundering, in violation of 18 U.S.C. § 1957 and 2.  The defendant, Danny Ray Hoverson, also admitted to the Forfeiture Allegations in violation of 21 U.S.C. § 853 and 18 U.S.C. § 982.  Pursuant to his Plea Agreement, the defendant also agreed to forfeit to the United States the above-described property.

3.     On October 31, 2006, the Court issued a Preliminary Order of Forfeiture, which ordered that all of the defendant's right, title, and interest in the subject property shall be forfeited to the United States.  Following the Preliminary Order of Forfeiture, Notice was published and personally served on Chad Hoverson.

4.     A timely petition was received from Chad Hoverson.

5.     The parties freely and voluntarily entered into the foregoing Stipulation for Settlement and were not induced to enter into said agreement as a result of fraud, duress, threats, or coercion on the part of any party, person, or entity.

IT IS HEREBY ORDERED that the United States will:  (a) return to Chad Hoverson the red 1962 Chevrolet truck, VIN 2C1404603728A; (2) pay Chad Hoverson $9,000 from auction proceeds; and (3) waive any storage costs incurred during the storage of seized vehicles or any costs associated with the auction sale.

IT IS FURTHER ORDERED that Chad Hoverson waives any rights, title, or interest in the remaining vehicles he put a claim on, specifically, white 1998 Chevrolet Camaro, VIN 2G1FP22G4W2142069; blue 1969 Chevrolet Camaro SS, VIN 124379N604485; red 1967 Chevrolet Camaro, VIN 123377L156558; silver 1999 Chevrolet Suburban, VIN 1GNFK16R4XJ477610; and the remaining proceeds from the auction held on November 1, 2006, at 400 Maple Street, Minot, North Dakota.

IT IS FURTHER ORDERED that Chad Hoverson specifically waives any claim to attorney fees or other costs he may have under Title 28, United States Code, Section 2465(b).

Dated this 16th day of January, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court