**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>DANNY RAY HOVERSON, )<br>)<br>Defendant. ) | **O R D E R**<br><br>Criminal No. 4:06-cr-029 |

Based on the foregoing Stipulation for Settlement and the Court having determined that:

1. In the Forfeiture Allegations of the Indictment in this case, the United States sought forfeiture of the following property pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982:

   1. A blue 1955 Chevrolet ½ ton short box pickup, VIN 0335503F55DC;
   2. A red 1962 Chevrolet truck, VIN 2C1404603728A;
   3. A red 1967 Chevrolet Camaro, VIN 123377L156558;
   4. A maroon 1967 Chevrolet Malibu, VIN 136177116679;
   5. A black 1968 Chevrolet Camaro SS, VIN 124378N323559;
   6. A yellow 1968 Chevrolet Camaro, VIN 124378N413315;
   7. A blue 1969 Chevrolet Camaro SS, VIN 124379N604485;
   8. A black 1970 Chevrolet Camaro, VIN 124870L523155;
   9. A black 1972 Chevrolet El Camino, VIN 1D80H2L509164;
   10. A white 1995 Chevrolet C/K1500 pickup, VIN 1GCEK19K2SE227254;
   11. A black 1996 Mitsubishi 3000 GT VR4, VIN JA3AN74K9TY002652;
   12. A white 1998 Chevrolet Camaro, VIN 2G1FP22G4W2142069;
   13. A silver 1999 Chevrolet Suburban, VIN 1GNFK16R4XJ477610;
   14. A red 1980 Chevrolet Corvette Race Car, VIN unknown; and
   15. A black 1978 Chevrolet Corvette Race Car, VIN 1Z87L8S413961.

2. On October 26, 2006, the defendant, Danny Ray Hoverson, pled guilty to Counts One and Two of the Indictment in this case -- conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846; and money laundering, in violation of 18 U.S.C. § 1957 and 2. The defendant, Danny Ray Hoverson, admitted to the Forfeiture Allegations in violation of 21 U.S.C. § 853 and 18 U.S.C. § 982. Pursuant to his Plea Agreement, the defendant also agreed to forfeit to the United States the above-described property.

3. On October 31, 2006, the Court issued a Preliminary Order of Forfeiture, which ordered that all of the defendant's right, title, and interest in the subject property shall be forfeited to the United States. Following the Preliminary Order of Forfeiture, notice was published.

4. The parties freely and voluntarily entered into a Stipulation for Settlement and were not induced to enter into the agreement as a result of fraud, duress, threats, or coercion on the part of any party, person, or entity.

**IT IS ORDERED** that the United States shall pay Prairie Federal Credit Union the sum of $5,890.89. In exchange, Prairie Federal Credit Union waives any rights, title, or interest in the black 1996 Mitsubishi 3000 GT VR4, VIN JA3AN74K9TY002652, and agrees to release the title to this vehicle to the United States.

**IT IS FURTHER ORDERED** that Prairie Federal Credit Union specifically waives any claims to costs and attorney fees under 28 U.S.C. § 2465(b).

Dated March 22, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court
