IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>DANNY RAY HOVERSON, )<br>)<br>Defendant. ) | **FINAL ORDER OF FORFEITURE**<br><br>Case No. 4:06-cr-029 |

The Court entered a Preliminary Order of Forfeiture on October 31, 2006, ordering defendant Danny Ray Hoverson to forfeit the subject property. Notice of the Preliminary Order of Forfeiture was given by publication on November 10, 2006; November 17, 2006; and November 24, 2006, and also personally served upon Chad Hoverson and Susan Vining. Petitioners Chad Hoverson and Susan Vining filed timely petitions alleging an interest in the 1962 Chevrolet truck, VIN 2C1404603728A; the 1972 Chevrolet El Camino, VIN 1D80H2L509164; and the 1968 Chevrolet Camaro SS, VIN 124378N323559. Prairie Credit Union held a security interest in a black 1996 Mitsubishi 3000 GT VR4, VIN JA3AN74K9TY002652.

Based on the Stipulations for Settlement of Parties, Orders, and the Preliminary Order of Forfeiture, this Court makes the following determination:

**NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1.     The United States will return to Chad Hoverson the red 1962 Chevrolet truck, VIN 2C1404603728A; pay Chad Hoverson $9,000 from auction proceeds; and waive any storage costs incurred during the storage of seized vehicles or any costs associated with the auction sale.  In exchange, Chad Hoverson waives any right, title, or interest in the remaining vehicles he put a claim on, specifically, the white 1998 Chevrolet Camaro, VIN 2G1FP22G4W2142069; the blue 1969 Chevrolet Camaro SS, VIN 124379N604485; the red 1967 Chevrolet Camaro, VIN 123377L156558; the silver 1999 Chevrolet Suburban, VIN 1GNFK16R4XJ477610; and the remaining proceeds from the auction held on November 1, 2006, at 400 Maple Street, Minot, North Dakota.

2.     The United States will return to Susan Vining the black 1972 Chevrolet El Camino, VIN 1D80H2L509164, and the black 1968 Chevrolet Camaro SS, VIN 124378N323559.  In exchange, Susan Vining waives any right, title, or interest in the remaining vehicles she put a claim on, specifically, the white 1995 Chevrolet C/K1500 pickup, VIN 1GCEK19K2SE227254, and the blue 1955 Chevrolet ½ ton short box pickup, VIN 0335503F55DC.

3.     The United States will pay Prairie Federal Credit Union $5,890.89.  In exchange, claimant Prairie Federal Credit Union waives any right, title, or interest in the remaining vehicle they put a claim on, specifically, a black 1996 Mitsubishi 3000 GT VR4, VIN JA3AN74K9TY002652, and agrees to release the title to this vehicle to the

United States.

4.	Except as provided above in paragraphs 1, 2, and 3, the United States has clear title to all Subject Property as set forth in the Preliminary Order of Forfeiture dated October 31, 2006.

5.	The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.  The Clerk is hereby directed to send certified copies of this Order to all counsel of record and to the United States Marshal Service.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2007.

					*/s/ Daniel L. Hovland*
					Daniel L. Hovland, Chief Judge
					United States District Court