PROB 35
(Rev. 12/00)

# United States District Court
## District of North Dakota

### Report and Order Terminating Supervised Release
### Prior to Original Expiration Date

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 4:06cr29-01 |
| | ) | |
| Danny Ray Hoverson | ) | |

On March 21, 2007, the above-named was sentenced to 112 months imprisonment to be followed by 60 months supervision. Mr. Hoverson began his term of supervision on March 9, 2014. The defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that the defendant be discharged from supervision.

Respectfully,

/s/ Mike McGrath                                    02/10/2017
DCUSPO
Place: Fargo, ND

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in this case be terminated.

Dated this _10th_ day of _February_, 2017.

The Honorable Daniel L. Hovland
Chief U.S. District Court Judge